UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                              Case No. 10-cr-150 SM

Frank Robitaille

O R D E R

The defendant Frank Robitalle through counsel, has moved to continue the trial scheduled for December 7, 2010 for a period of forty-five days, citing the need for additional time to negotiate a non-trial disposition of this case. The Government assents to the proposed continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from December 7, 2010 to February 15, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The defendant shall file a waiver of speedy trial not later than November 29, 2010.

| | |
|---|---|
| Final Pretrial Conference: | February 4, 2011 at 11:00 AM |
| Jury Selection: | February 15, 2011 at 9:30 AM |

SO ORDERED.

November 22, 2010

_____
Steven J. McAuliffe
Chief Judge

cc: Counsel of Record
    U. S. Probation
    U. S. Marshal